AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

DOMENIC LOBELLO, individually and on behalf of the classes defined below,
        Plaintiff,

V.

ASSET ACCEPTANCE LLC,
        Defendant.

CASE NUMBER: 08CV2958

ASSIGNED JUDGE: JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

ASSET ACCEPTANCE LLC
c/o CT Corporation System, Registered Agent
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

May 21, 2008
Date


AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE 5/22/2008 |
| NAME OF SERVER *(PRINT)* Alana Parvey || TITLE Paralegal Supervisor |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>Registered Agent, C.T. Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>5/22/08</u>       <u>Alana Parvey</u>
         Date                   *Signature of Server*

<u>120 S. LaSalle St., Suite 1800, Chicago, IL 60603</u>
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.