IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dominic Lobello, individually and on behalf of the classes defined below, ) ) ) | |
| Plaintiff, ) ) | Case No.: 08 CV 2958 |
| v. ) ) | Judge: Andersen |
| Asset Acceptance, LLC, ) ) | Magistrate Judge Ashman |
| Defendant. ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Asset Acceptance, LLC by its attorneys David M. Schultz and Jennifer W. Weller and for its Motion for an Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint states as follows:

1.  On May 21, 2008, Plaintiff filed a complaint purporting to state class claims and individual claims for violations of the Fair Debt Collection Practices Act ("FDCPA") and Illinois Collection Agency Act against Asset Acceptance, LLC.

2.  Defendant was served on May 22, 2008 and its responsive pleading is currently due on June 11, 2008.

3.  Defense counsel has recently been retained and needs additional time to evaluate and analyze the issues raised in this case.

4.  Accordingly, Defendant requests an additional 21 days until July 2, 2008, to answer or otherwise plead to the complaint.

5.  This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

6. Defense Counsel has discussed the additional time with Plaintiff's Counsel and Plaintiff's Counsel has no opposition to the motion.

WHEREFORE, Asset Acceptance LLC, respectfully requests that this court grant it an additional 21 days to respond to plaintiff's complaint to on or before July 2, 2008.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/*Jennifer W. Weller*
    Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6327782v1 889317