IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Domenic Lobello, individually and on behalf of the classes defined below,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Asset Acceptance, LLC,  )<br>  )<br>Defendant.  ) | Case No.: 08 C 2958<br><br>Judge: Andersen<br><br>Magistrate Judge Ashman |

**NOTICE OF MOTION**

TO:   Daniel A. Edelman, Cathleen M. Combs
Francis R. Greene, and James O. Latturner
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **June 19, 2008**, at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Wanye R. Andersen or any Judge sitting in his/her stead in Courtroom 1403, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

s/ *Jennifer W. Weller*
Jennifer W. Weller

6328109v1 889317

## CERTIFICATE OF SERVICE

I hereby certify that on **June 10, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                                HINSHAW & CULBERTSON LLP

| David M. Schultz | s/ *Jennifer W. Weller* |
|---|---|
| Jennifer W. Weller | Jennifer W. Weller |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |

6328109v1 889317