IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Domenic Lobello, individually and on behalf of the classes defined below, ) ) ) | |
| Plaintiff, ) | Case No.: 08 C 2958 |
| ) v. ) | Judge: Andersen |
| ) Asset Acceptance, LLC, ) | Magistrate Judge Ashman |
| ) Defendant. ) | |

**FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Defendant, Asset Acceptance, LLC, by and through its attorneys David M. Schultz and Jennifer W. Weller and for its Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification of Affiliates states as follows:

1. Asset Acceptance, LLC is an indirect, wholly-owned subsidiary of Asset Acceptance Capital Corporation, a publicly traded Delaware Corporation.

2. No publicly-held corporation owns 5% or more of Asset Acceptance Capital Corp.'s stock.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/*Jennifer W. Weller*
      Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6301995v2 885428

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **June 10, 2008,** I electronically filed the above and foregoing **FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                                HINSHAW & CULBERTSON LLP

                                                s/ *Jennifer W. Weller*

David M. Schultz                                     Jennifer W. Weller
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6301995v2 885428