## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Domenic Lobello
                            Plaintiff,

v.                                       Case No.: 1:08−cv−02958
                                                       Honorable Wayne R. Andersen

Asset Acceptance LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

       MINUTE entry before the Honorable Wayne R. Andersen:Defendant's unopposed motion for extension of time [12] to answer or otherwise plead to plaintiffs complaint is granted to 7/2/2008. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.