IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dominic Lobello, individually and on behalf of the classes defined below, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Asset Acceptance, LLC, )<br>)<br>Defendant. ) | Case No.: 08 CV 2958<br><br>Judge: Andersen<br><br>Magistrate Judge Ashman |

## UNOPPOSED MOTION FOR 14-DAY ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Asset Acceptance, LLC by its attorneys David M. Schultz and Jennifer W. Weller and for its 14- Day Motion for an Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint states as follows:

1. Defendant was to file a responsive pleading to Plaintiff's Complaint on July 2, 2008.

2. Due to defense counsel's vacation schedule and the Fourth of July holiday, defense counsel has been unable to obtain information needed to evaluate and analyze the issues raised in this case.

3. Accordingly, Defendant requests an additional 14 days until July 16, 2008, to answer or otherwise plead to the complaint.

4. This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

5. Defense Counsel has discussed the additional time with Plaintiff's Counsel and Plaintiff's Counsel has no opposition to the motion.

6327782v1 889317

WHEREFORE, Asset Acceptance LLC, respectfully requests that this court grant it an additional 14 days to respond to plaintiff's complaint to on or before July 16, 2008.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/*Jennifer W. Weller*
    Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6327782v1 889317