IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Domenic Lobello, individually and on behalf of the classes defined below, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08 C 2958 |
| v. | ) ) | Judge: Andersen |
| Asset Acceptance, LLC, | ) ) | Magistrate Judge Ashman |
| Defendant. | ) ) | |

### NOTICE OF MOTION

TO:     Daniel A. Edelman, Cathleen M. Combs
Francis R. Greene, and James O. Latturner
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

        **PLEASE TAKE NOTICE** that on **July 10, 2008**, at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Wanye R. Andersen or any Judge sitting in his/her stead in Courtroom 1403, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR 14-DAY ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is served upon you.

                                        HINSHAW & CULBERTSON LLP


David M. Schultz                              s/ *Jennifer W. Weller*
Jennifer W. Weller                            Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6336723v1 889317

## CERTIFICATE OF SERVICE

I hereby certify that on **July 2, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and UNOPPOSED MOTION FOR 14-DAY ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

s/ *Jennifer W. Weller*
Jennifer W. Weller

2

6336723v1 889317