# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Domenic Lobello

                     Plaintiff,

v.                                         Case No.: 1:08−cv−02958
                                              Honorable Wayne R. Andersen

Asset Acceptance LLC

                     Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.


Dated: July 15, 2008

                                                               /s/ Wayne R. Andersen

                                                              United States District Judge